**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CRIMINAL CASE NO. 5:26-MJ-3194-EBA

IN THE MATTER OF CRIMINAL
COMPLAINT FOR JASON COULTER

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

* * * * * * * * *

I, Bethany Harmon, a Special Agent of the Federal Bureau of Investigation ("FBI"), having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigations (FBI) and have been employed as a Special Agent since 2024. I received approximately 20 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various topics, including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I am currently assigned to the Louisville Division of the FBI. I have conducted or participated in surveillance, the execution of search warrants, the execution and analysis of legal process, and the interviewing of victims and subjects of several investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2422(b).

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of a Criminal Complaint for Jason Coulter, white male, DOB, XX/XX/1978, and does not set forth all of my

knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2422(b), relating to the online enticement of a minor to engage in sexual activity, have been committed by Jason Coulter.

## STATUTORY AUTHORITY

3. This investigation concerns alleged violations of Title 18, United States Code §2422(b):

4. 18 U.S.C. §2422(b) prohibits a person from persuading, inducing, enticing, or coercing any person under 18 to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

## PROBABLE CAUSE

5. On 8/14/2026, Kentucky State Police (KSP) received a phone call from a 48-year-old male named, Jason Coulter (Coulter), advising that he wished to confess some crimes. A KSP Trooper was dispatched to Coulter's residence and met with him there. Coulter advised that he was an Insurance Salesman, Funeral Director, and youth pastor at Green River Pentecostal Church in Lincoln County, Kentucky. He advised that he met a 17-year-old minor female, Minor Victim 1 (MV1), in his youth group at the church.

6. Coulter was not sure how long MV1 had been in the youth group. Coulter and his family took MV1 with them to dinner a few times and tried to help her out and encourage her. His relationship with MV1 evolved into regular conversations. They would engage with each other on TikTok and, according to Coulter, MV1 encouraged him to download Snapchat. They then began messaging on Snapchat as well.

7. Coulter advised that for approximately one and a half months, between the end of April/early May 2026 until the middle of June 2026, he sent a lot of vulgar text messages, received pictures from MV1, and sent some pictures to MV1. He advised that they met to engage in sexual activity on two occasions. One incident occurred after school at Anderson Dean Park in Mercer County, Kentucky. They performed oral sex on each other, and he inserted his finger in her vagina. The second incident occurred in his vehicle in Lincoln County, Kentucky after a funeral that MV1 assisted Coulter with. This was approximately May 2026. Coulter advised that they continued to text message and talk about meeting again and doing other things. Coulter shared the fantasies he had with MV1. They planned to meet a few times but it never worked out.

8. Coulter advised that, in the third week of June 2026, the youth group attended a Youth Camp. Coulter felt bad about his relationship with MV1 and, from that point on, he no longer messaged MV1 about sexual things. They continued to message and talk but not about sexual things.

9. On 8/17/2026, KSP conducted a brief interview of MV1. MV1 disclosed that Coulter was her youth pastor and that she had been going to that church for approximately one year. She advised that she had performed oral sex on him and he performed oral sex on her on two separate occasions. The first incident happened in a park in Harrodsburg in approximately late April 2026. The second time was near the church in his vehicle after a funeral that she helped with.

10. MV1 disclosed that nude images were exchanged for approximately one month over Snapchat and TikTok.

11. KSP seized the phone belonging to MV1 and the phone belonging to Coulter. Search Warrants were obtained for the devices. A Search Warrant was also obtained and served to Snapchat for the accounts belonging to MV1 and Coulter. The results of those searches are pending.

**CONCLUSION**

12. For the reasons stated herein, I submit that this affidavit supports probable cause for a criminal complaint charging Jason Coulter for violations of 18 U.S.C. § 2422(b). The investigation indicates that Coulter engaged in sexual activity with a 17-year-old minor female and that he used online platforms, such as TikTok and Snapchat, to discuss and further that sexual activity while in the Eastern District of Kentucky.

Respectfully submitted,

Bethany Harmon, by EBA

Bethany Harmon
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 28 day of August 2026.

Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge

Honorable Edward B. Atkins
United States Magistrate Judge
Eastern District of Kentucky